In the Matter of the Accounting of DONALD STEVENS et al., as Executors of CHARLES B. STEVENS, Deceased. GERALD T. HENNESSY, Appellant; HILDA S. KLAHR et al., Respondents.— HERLIHY, J.

Gibson, P. J., Herlihy, Reynolds, Aulisi and Gabrielli, JJ., concur in memorandum by Herlihy, J.